

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

_____

*970 Broad Street, 7th floor*      973-645-2700
*Newark, New Jersey 07102*

September 29, 2020

The Honorable Claire C. Cecchi
United States District Judge
Martin Luther King Jr. Federal Building and U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

       Re:    *United States v. Matthew Goettsche, et al.*,
                <u>Crim. No. 19-877</u>

Your Honor:

      Pursuant to the current Scheduling Order in this matter, the Government is required to produce to defense counsel "non-filtered records that were produced by Apple in response to search warrants that presented technical difficulties" (the "Apple Records") by September 30, 2020. Dkt 117. The Government is prepared to make a substantial production of the Apple Records on September 30. However, due to technical issues that have been exacerbated by the processing of these records during the COVID-19 pandemic, the Government is requesting that the deadline to produce the entirety of the Apple Records be extended to October 21, 2020. The Government has conferred with defense counsel, who have consented to this request.

                                 Respectfully submitted,

                                 CRAIG CARPENITO
                                 United States Attorney

SO ORDERED

    *s/Claire C. Cecchi*
Claire C. Cecchi, U.S.D.J.                       By:  Anthony P. Torntore
                                                                  Jamie L. Hoxie
Date:  9/30/2020                                   Assistant U.S. Attorneys