# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MATTHEW BRENT GOETTSCHE, et al. | Crim. No. 19-877<br><br>SUBSTITUTION OF ATTORNEY |

PLEASE TAKE NOTICE that Trevor A. Chenoweth, Assistant United States Attorney (trevor.chenoweth@usdoj.gov), is appearing in substitution for Ingrid Eicher, Vinay S. Limbachia, and Sarah Devlin, Assistant United States Attorneys, who previously appeared in this matter.

        TODD BLANCHE
        United States Deputy Attorney General

        ALINA HABBA
        Acting United States Attorney
        Special Attorney

By:   */s/ Trevor A. Chenoweth*
      Trevor A. Chenoweth
      Assistant U.S. Attorney

Dated: September 12, 2025