UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>*Plaintiff*<br><br>v.<br><br>MATTHEW BRENT GOETTSCHE,<br>RUSS ALBERT MEDLIN,<br>JOBADIAH SINCLAIR WEEKS,<br>JOSEPH FRANK ABEL, and<br>SILVIU CATALIN BALACI,<br><br>*Defendants.* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 19-cr-00877-CCC |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

Undersigned counsel is admitted or otherwise authorized to practice in this court, and hereby appears in this case on behalf of crime victim proceeding as M.H., pursuant to 18 U.S.C. § 3771.

Date: <u>December 5, 2025</u>

<u>*Attorney's signature*</u>

<u>Peter Katz 143122017</u>
*Printed name and bar number*

116 Village Blvd., 2nd Floor
<u>Princeton, NJ 08540</u>
*Address*

<u>peter@pkatzlegal.com</u>
*E-mail address*

<u>(609) 734-4380</u>
*Telephone number*